**FILED**
March 17, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>v.  )<br>  )<br>FERNANDO FLORES,  )<br>Defendant.  )<br>_____ ) | Case No. CR.S-08-0306-EJG<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release FERNANDO FLORES, Case No. CR.S-08-0306-EJG from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $230,000.00

    ___ Unsecured Appearance Bond

    _X_ Appearance Bond with Surety

    _X_ (Other) Conditions as stated on the record.

    ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 03/17/09 at 3:42pm.

By _____
Edmund F. Brennan
United States Magistrate Judge