```
 1  JAMES A. WALL
    ATTORNEY AT LAW
 2  530 Alameda Del Prado, #194
    Novato, CA 94949
 3  Phone: 415-497-8848
    Email: shoe1000@yahoo.com
 4
 5
 6
 7
 8             IN THE UNITED STATES DISTRICT COURT
 9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CASE NO. 2:08-cr-306-EJG
                                 )
12                   Plaintiff,  )  STIPULATION AND
                                 )  ORDER CONTINUING STATUS
13  v.                           )  CONFERENCE AND
                                 )  EXCLUDING TIME
14  FERNANDO FLORES,             )
                                 )  Hon. Edward J. Garcia
15                   Defendant.  )
                                 )
16  _____)
17
18      The parties request that the status conference currently set for
19  July 17, 2009, be continued to August 28, 2009, and stipulate that the
20  time beginning July 17, 2009, and extending through August 28, 2009,
21  should be excluded from the calculation of time under the Speedy Trial
22  Act.  The parties submit that the ends of justice are served by the
23  Court excluding such time, so that counsel for each defendant may have
24  reasonable time necessary for effective preparation, taking into
25  account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv);
26  Local Code T4.
27  ///
28  ///
```

1

1  The parties are in the process of discussing and negotiating the
2 plea offer in this case.  The defendant is still reviewing discovery
3 and discussing how to proceed with his attorney.
4  The parties stipulate and agree that the interests of justice
5 served by granting this continuance outweigh the best interests of the
6 public and the defendants in a speedy trial.  18 U.S.C. §
7 3161(h)(7)(B)(iv).

9 Respectfully Submitted,

Date: July 14, 2009                By:/s/James A. Wall
                                      JAMES A. WALL
                                      Attorney for defendant
                                      FERNANDO FLORES

Date: July 14, 2009                By: /s/ Michael M. Beckwith
                                      MICHAEL M. BECKWITH
                                      Assistant U.S. Attorney

2

**ORDER**

For the reasons stated above, the status conference in case number 2:08-cr-306-EJG, currently set for July 17, 2009, is continued to August 28, 2009; and the time beginning July 17, 2009, and extending through August 28, 2009, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   July 14, 2009          /s/ Edward J. Garcia
                                Hon. Edward J. Garcia
                                United States District Judge