UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM**

FILED
NOV - 4 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

~~Honorable Edward J. Garcia~~
Senior United States District Judge
Sacramento, California

                RE:   Fernando FLORES
                      Docket Number: 2:08CR00306-01
                      **CONTINUANCE OF JUDGMENT AND SENTENCING**

C/EJG

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from November 20, 2009 to January 15, 2010 at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Defense counsel's answering machine was not working, so he did not return probation officer's telephone calls. Thus, the defendant has not been interviewed.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                      Respectfully submitted,

                      */s/ Lori V. Clanton*
                      LORI V. CLANTON
                      Senior United States Probation Officer

**REVIEWED BY:**   */s/ Karen Pyatt*
                      KAREN (MEUSLING) PYATT
                      **Supervising United States Probation Officer**

Dated:     October 15, 2009
             Sacramento, California
             LVC:sc

Attachment

**RE:   Fernando Flores**
   **Docket Number:   2:08CR00306-01**
   **CONTINUANCE OF JUDGMENT AND SENTENCING**

cc:   Clerk, United States District Court
   United States Attorney's Office
   United States Marshal's Office
   Federal Defender (If defense counsel is court-appointed)
   Probation Office Calendar clerk

✓ **Approved**    *[signature]*    10/30/09
   **EDWARD J. GARCIA**
   **Senior United States District Judge**    **Date**

___ **Disapproved**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number:   2:08CR00306-01 |
| **Plaintiff,** | **SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT** |
| vs. | |
| **FERNANDO FLORES** | |
| **Defendant.** | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 01/15/2010 @10:00 A.M. |
| Reply or Statement of Non-Oppositions | 01/08/2010 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 01/04/2010 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 12/28/2009 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 12/18/2009 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 12/04/2009 |