DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA 95814
(916) 552-6660
Fax: (916) 447-0592

FILED
MAR 19 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>FERNANDO FLORES,<br><br>         Defendant | Case No.: 2:08-cr-00306-EJG<br><br>REQUEST FOR ORDER AND ORDER EXONERATING BOND |

TO: THE JUDGE OF THE ABOVE ENTITLED COURT AND TO THE UNITED STATES ATTORNEY:

    On or about March 17, 2009, a $ 230,000.00 appearance bond, secured by a deed against the real property of Manual and Maria Flores, was posted on behalf of Fernando Flores, Case No. 2:08-cr-00306-EJG. Mr. Flores had been arrested in this district based upon an Indictment filed in this district. The address of the deeded property is: 336 Aragon Street, Vallejo, CA 94591, with an APN: 0072-231-070.

    On January 15, 2010, Mr. Flores was sentenced in this case to a 57 month sentence and 3 years with supervised probation. That Judgment order is number 70 on the Court's Criminal Docket for this case, dated February 10, 2010.

REQUEST FOR ORDER - 1

1    It is hereby requested that the $ 230,000.00 secured appearance bond be exonerated in the
2    above captioned case and that the Clerk of the District Court be directed to reconvey back to the
3    Trustors the deed of trust received by the Clerk on or about March 17, 2009.   (Receipt Number:
4    200900022792)   .
5    Dated: 3-7-12

                                                        Respectfully submitted,


                                                        /s/ DANNY D. BRACE, JR.

                                                        DANNY D. BRACE, JR.
                                                        Attorney at Law


## ORDER

IT IS HEREBY ORDERED that the bail bond in the amount of $ 230,000.00 posted by Manual and Maria Flores and secured by a Deed of Trust for their home located at 336 Aragon Street, Vallejo, CA 94591 is hereby exonerated.

Date: 3/9/12

U.S. DISTRICT COURT JUDGE